UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CRIMINAL ACTION NO. 1:09-CR-00026-TBR-18

MICHAEL TROY WHITE                                                             Movant/Defendant
(Defendant No. 18)

v.

UNITED STATES OF AMERICA                                                      Respondent/Plaintiff

**ORDER**

This matter is before the Court upon Movant/Defendant Michael Troy White's *pro se* motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. (Docket Nos. 1197; 1206; 1210.) The Court referred this matter to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) for his findings of fact, conclusions of law, and recommendation, (Docket No. 1216), which the Magistrate Judge issued on May 14, 2013, (Docket No. 1325). Included with the Magistrate Judge's decision was written notice that any objections must be filed within 14 days and that the failure to timely file objections would waive the right to further appeal. (*See* Docket No. 1325, at 22.) No objections have been filed by either party, and the time to do so has now passed. Several days after the Magistrate Judge issued his recommendation, the Sixth Circuit issued its decision in *United States v. Blewett*, ---F.3d---, 2013 WL 2121945 (6th Cir. May 17, 2013). Having considered the Magistrate Judge's recommendation in light of *Blewett*, and being otherwise sufficiently advised;

IT IS HEREBY ORDERED as follows:

1

(1) The Court ADOPTS IN PART the Magistrate Judge's Findings of Fact and Conclusions of Law. (Docket No. 1325.) The Court adopts the Magistrate Judge's Findings of Fact in full. The Court adopts the Magistrate Judge's Conclusions of Law in full, with the exception of the final sentence beginning on page 18 and continuing onto page 19, (Docket No. 1325, at 18-19 ("Moreover . . . minimum.")), because the Court finds that conclusion contrary to the Sixth Circuit's recent decision in *Blewett*;

(2) Movant/Defendant White's motion to vacate under 28 U.S.C. § 2255, (Docket Nos. 1197; 1206; 1210), is DENIED;

(3) Movant/Defendant White is DENIED a Certificate of Appealability as to each claim asserted in his motion to vacate, (Docket Nos. 1197; 1206; 1210).

IT IS SO ORDERED.

Date:

cc: AUSA
Michael Troy White, *pro se*